MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## FOURTH DIVISION

### Unclaimed Dividends and/or
### Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   Donald & Stacy Bagaus

Chapter 7

Case No. 10-44932

Please Check One:

____   Unclaimed Dividends

_X_   Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| LHR, Inc.<br>56 Main Street<br>Hamburg, NY 14075 | 4 | $216.30 | $2.91 |

Date:  March 11, 2011

_____
Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

RECEIVED 11 MAR 14 AM 10:34 U.S. BANKRUPTCY COURT ST PAUL MN